HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
PETER CHAO WU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:15-MJ-00075-MJS |
| Plaintiff, | STIPULATION FOR RULE 43 WAIVER OF APPEARANCE AT INITIAL APPEARANCE; ORDER |
| vs. | |
| PETER CHAO WU, | Date: November 18, 2015 |
| | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Michael J. Seng |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Peter Chao Wu, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for his initial appearance, and be allowed to appear telephonically.  Defendant is charged with being in a park under the influence of alcohol to a degree or that may endanger persons or property.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.  The government has no objection to this request.

This is defendant's first request for a waiver of appearance.  Mr. Wu is currently living near San Diego, California, and returning to Yosemite would pose a considerable hardship because he does not have the means to make this trip, which is more than eight hours from his

home.  Additionally, Mr. Wu is attending to his grandmother, who has been hospitalized for some time with pancreatic cancer and is now being moved to hospice care.  Her cancer has developed from stage one to stage four, and her illness is now terminal.  Mr. Wu feels it is necessary that he remain at her side until she passes away, both to comfort her during a frightening time and to ensure he has an opportunity to say goodbye to her before she passes away.  Mr. Wu is currently not employed and does not have any income apart from SNAP assistance, for which he receives $182.00 per month.  Mr. Wu anticipates entering a not guilty plea at his initial appearance.  Mr. Wu respectfully requests the Court grant a waiver of his right and obligation to be personally present and that he be permitted to appear via telephone.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  November 12, 2015

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
PETER CHAO WU

# O R D E R

**GOOD CAUSE APPEARING**, the above request for defendant's waiver of personal appearance and request to appear via telephone at the initial appearance hearing in case No. 6:15-mj-00075 MJS, is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.

Dated:  November 12, 2015         /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE