Susan St. Vincent
Legal Officer
Matthew McNease
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>PETER CHAO WU,<br><br>            Defendant. | No.  6:15-mj-075-MJS<br><br>**MOTION TO DISMISS AND VACATE STATUS CONFERENCE; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice, and to vacate the currently scheduled Status Conference on January 27, 2016. The Defendant has successful completed an in-patient program and is currently engaged in an intensive out-patient program with a therapist.

Dated:  December 14, 2015          NATIONAL PARK SERVICE


                                    /S/ Matthew McNease_____
                                   Matthew McNease
                                   Acting Legal Officer
//

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Peter Chao Wu;* 6:15-mj-075-MJS, be dismissed, without prejudice, and the Status Conference on January 27, 2016 be vacated.

IT IS SO ORDERED.

Dated:   December 14, 2015            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE

.